JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state- chartered banking corporation, doing business as BALBOA CAPITAL, | Case No. 8:24-cv-01337-JFW-SSCx |
| | [Assigned to the Hon. John F. Walter] |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| J & J LAND, INC., an Iowa corporation; and JASON HENNING, an individual, | |
| Defendants. | |

## **JUDGMENT**

The Court having granted Plaintiff Ameris Bank's Motion for Default Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

Judgment is entered in this matter, in favor of Ameris Bank, d/b/a Balboa Capital, and against Defendants J & J Land, Inc., and Jason Henning, jointly and severally, in the total amount of **$236,011.69**; which is a sum of the following:

1. Compensatory damages in the amount owed of $216,449.90, on the Equipment Financing Agreement;

2. Attorneys' fees in the amount of $7,928.99;

3. Prejudgment interest in the amount of $11,029.80, at the statutory rate of ten percent (10%) per annum; and

4. Costs in the amount of $603.00.

Dated: September 13, 2024

HONORABLE JOHN F. WALTER
JUDGE OF THE US DISTRICT COURT

Salisian|Lee LLP